MARGARET DEE, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

ELIZABETH F. FOLGER and ANNA J. KALB, Respondents, v. MARCONI TELEGRAPH-CABLE COMPANY, INC., Appellant.— Motion for stay of temporary mandatory injunction granted on condition that appellant perfect the appeal for the January term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

MORRIS FRIEDBERG, Appellant, v. NATHAN J. MILLER and Others, as Copartners, etc., and Others, Respondents.— Motion for reargument denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

JOHN J. GRANT, Respondent, v. FRANK KNEPFER, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

JACOB B. HIRSCHFELD, Respondent, v. M. B. F. FILM PRODUCING CO., INC., and HYMAN BINDER, Appellants.— Motion to dismiss appeal denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of the Judicial Settlement of the Final Accounting of THOMAS GRIEVE, Deceased Committee of the Estate of JOHN T. GRIEVE, an Incompetent Person.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of MORTON ROSENBERG and Others, as Executors of and Trustees under the Last Will and Testament of CHARLES ROSENBERG, Deceased.— Report of referee modified by reducing the amount to be paid to Morton Rosenberg, for services outside of his executorship, to the sum of $7,500 per annum, and by reducing the amount to be paid to the attorneys for the executors, Samuel Blumberg and John G. Clark, to the sum of $1,830 and $940 respectively, being compensation at the rate of $10 a day for the number of days spent by each of them respectively on the accounting and trial, with $70 costs, in accordance with sections 278 and 279 of the Surrogate's Court Act as provided therein at the time of the entry of the surrogate's decree. As so modified, the referee's report is confirmed. The testimony of the attorneys before the referee shows that their claim is only for services rendered in the accounting proceeding from June, 1920, to the date of the entry of the decree. Fees for such services are limited by the sections named. This allowance is without prejudice to an application under section 231-a of the Surrogate's Court Act.* Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ. Settle order on notice.